for the Second Circuit denied. *Mr. H. T. Newcomb* and *Mr. Morris F. Frey* for the petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the respondent.

---

No. 1021. A. K. ATKINSON, PETITIONER, *v.* THE UNITED STATES. May 29,. 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert T. Hough* and *Mr. J. R. Saussy* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.

---

No. 1022. FRED G. AUSTIN, AS TRUSTEE, ETC., PETITIONER, *v.* THE NEW YORK STOCK EXCHANGE ET AL. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry M. Campbell, Mr. Henry Ledyard* and *Mr. Frederick Geller* for the petitioner. *Mr. Walter F. Taylor* and *Mr. K. R. Babbitt* for the respondents.

---

No. 1025. FRANCES E. WATERMAN, WIFE OF CHARLES A. CRANE, PETITIONER, *v.* THE CANAL-LOUISIANA BANK & TRUST COMPANY, EXECUTOR, ETC., ET AL. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. Howard McCaleb* for the petitioner. No appearance for the respondent.

---

No. 1029. J. M. BALEY, UNITED STATES MARSHAL, ETC., PETITIONER, *v.* RICHARD J. WOOLLEY ET AL. May 29,

1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Theodore F. Davidson, Mr. Louis M. Bourne* and *Mr. Lee S. Overman* for the petitioner. No appearance for the respondent.

---

No. 1039. THE AMERICAN DISAPPEARING BED COMPANY, PETITIONER, *v.* EDWARD ARNAELSTEEN. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Melville Church* for the petitioner. No appearance for the respondent.

---

No. 1040. NORMAN MARSHALL, PETITIONER, *v.* THE BRYANT ELECTRIC COMPANY. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. William R. Sears* for the petitioner. *Mr. Charles Howson* and *Mr. Hubert Howson* for the respondent.

---

No. 1042. THE BRITISH & FOREIGN MARINE INSURANCE COMPANY, LIMITED, PETITIONER, *v.* MALDONADO & COMPANY, INCORPORATED. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Archibald G. Thacher* for the petitioner. No appearance for the respondent.

---

No. 1045. EDWARD A. KUEHMSTED, PETITIONER, *v.* FARBENFABRIKEN OF ELBERFELD COMPANY. May 29,